UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. CARROLL,<br><br>            Plaintiff,<br><br>      v.<br><br>CDCR, et al.,<br><br>            Defendants. | No.  2: 14-cv-1081 AC<br><br><br>ORDER |

By an order filed on May 6, 2014, plaintiff was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation of dismissal of this action.  ECF No. 3.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.  Because plaintiff has consented to the jurisdiction of the undersigned (ECF No. 4), the undersigned will dismiss this action by order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See L.R. 110; Fed. R. Civ. P. 41(b).

DATED: June 17, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE