UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1081 AC P<br><br><br>ORDER |

On June 30, 2014, a prison trust account statement was filed. This civil rights action was closed on June 17, 2014. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: July 11, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE